■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE TAYLOR, Also Known as DUANE TAYLOR, Appellant. — Judgments, Supreme Court, Bronx County (Joseph Mazur, J.), both rendered on February 28, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on these appeals. Concur — Sandler, J. P., Sullivan, Milonas, Kassal and Rosenberger, JJ.